**No. 48605.**—Protests 942446–G, etc., of Absorbo Beer Pad Co. (New York).

Opinion by KINCHELOE, J.   It was stipulated that certain of the items consist of pulpboard the same in all material respects as that passed upon in *Absorbo Beer Pad Co., Inc.* v. *United States* (10 Cust. Ct. 176, C. D. 748).   The claim at 10 percent under paragraph 1402 was therefore sustained.